UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEVEN M. EMERSON,

        Plaintiff,              Case No. 1:10-cv-690

v.                                     Honorable Paul L. Maloney

RAYMOND INGRAHAM et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  September 7, 2010                /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge