UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN M. EMERSON,

    Plaintiff,

v.

                                                Case No.: 1:10-cv-690

RAYMOND INGRAHAM, M.D.,
BRIAN BURNS, DIANE SCHWARZ,
AND NANCY LANGE,
                                                HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (Dkt. #28). The Report and Recommendation was duly served on the parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       **THEREFORE, IT IS ORDERED** that defendant Diane Schwarz's motion for summary judgment (Dkt. #22) is **GRANTED**.

Dated:  August 26, 2011                        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge