UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN M. EMERSON, # 153453, | |
| Plaintiff, | Case No. 1:10-cv-690 |
| v. | Honorable Paul L. Maloney |
| RAYMOND INGRAHAM, et al., | |
| | **JUDGMENT** |
| Defendants. | |

In accordance with the order entered this date:

IT IS ORDERED that all claims against defendants Raymond Ingraham, Brian Burns, and Nancy Lange be and hereby are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 8, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge